# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT

**05-910**
**consolidated with CW 05-467**


**IRONWOOD RESOURCES, LTD., ET AL.**

**VERSUS**

**BABY OIL, INC., ET AL.**


************

SUPERVISORY WRITS AND APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT,
PARISH OF LAFAYETTE, NO. 2005-0160,
HONORABLE PATRICK L. MICHOT, DISTRICT JUDGE

************

**MICHAEL G. SULLIVAN**
**JUDGE**

************

Court composed of Marc T. Amy, Michael G. Sullivan, and Billy Howard Ezell, Judges.


**WRIT DENIED; JUDGMENT AFFIRMED.**

**Patrick S. Ottinger**
**Herman E. Garner, Jr.**
**Ottinger, Hebert, L.L.C.**
**Post Office Drawer 52606**
**Lafayette, Louisiana  70505-2606**
**(337) 232-2606**
**Counsel for Plaintiffs/Applicants/Appellants:**
  **Gary B. Strong, M.D.**
  **Estate of Paul F. O'Brien, Jr.**
  **Ernest Obering O'Brien**
  **T. E. Dawkins**
  **Alden Obering O'Brien**
  **Petroco, L.L.C.**
  **Grace Woolley Gowan**
  **Paul Francis O'Brien, III**
  **Starfish Energy, L.L.C.**
  **Priscilla Alden O'Brien Haass**
  **Triax, Ltd.**
  **Franks Petroleum, Inc.**
  **Obieco, L.L.C.**
  **Estate of John P. Strong**
  **Ironwood Resources, Ltd.**

**Raymond A. Beyt**
**Beyt & Beyt**
**Post Office Box 52157**
**Lafayette, Louisiana  70505**
**(337) 233-6771**
**Counsel for Defendants/Respondents/Appellees:**
  **Suard Barge Service, Inc.**
  **Baby Oil, Inc.**

**Joseph L. Waitz, Jr.**
**Waitz & Downer**
**Post Office Box 7015**
**Houma, Louisiana  70361-7015**
**(985) 876-0807**
**Counsel for Defendants/Respondents/Appellees:**
  **Baby Oil, Inc.**
  **Suard Barge Service, Inc.**

SULLIVAN, Judge.

For the reasons discussed in the companion case in this consolidated matter,

*Ironwood Resources, Ltd. v. Baby Oil, Inc.*, CW 05-467 (La.App. 3 Cir. 01/__/06),

__ So.2d __, the writ is denied, and the trial court's judgment, granting Defendants'

declinatory exception of improper venue and transferring this matter to Terrebonne

Parish is affirmed.  All costs are assessed to Plaintiffs.

**WRIT DENIED; JUDGMENT AFFIRMED.**

1